**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **Civil Action No. 25-cv-1850** |
| Plaintiff, | ) |
| | ) |
| v. | ) ~~[Proposed]~~ **ORDER GRANTING JOINT** |
| | ) **MOTION FOR CONSENT JUDGMENT** |
| GURDEV SINGH SOHAL, a.k.a. DEV | ) |
| SINGH, a.k.a. BOOTA SINGH SUNDU, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having considered the Complaint filed by the United States of America ("United States") against Defendant Gurdev Singh Sohal a.k.a. Dev Singh a.k.a. Boota Singh Sundu ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Entry of Consent Judgment ("Joint Motion"); and Defendant having admitted that he illegally procured his naturalization as described in Count Two of the Complaint, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1)  The Joint Motion for Consent Judgment is GRANTED;

(2)  In accordance with the Joint Motion for Consent Judgment, judgment is ENTERED in favor of the United States and against Defendant;

(3) The Court FINDS and DECLARES that Defendant illegally procured his U.S. citizenship, specifically finding that Defendant illegally procured his U.S. citizenship because he lacked the requisite good moral character to naturalize, based on his commission of unlawful acts that adversely reflected on his moral character during the statutory period and the absence of extenuating circumstances that ameliorate his guilt;

(4)  The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, March 30, 2005;

(5)  Certificate of Naturalization No. 28763972 is CANCELED, effective as of the original date of the certificate, March 30, 2005;

(6)  Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his March 30, 2005 naturalization;

(7)  Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, any Enhanced Driver's License, and any other indicia of U.S. citizenship (whether current or expired), as well as any copies thereof in his possession or control—and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others—to counsel for the United States, J. Max Weintraub;

(8)  The Parties shall appear for a compliance hearing on May 6, 2026, at 11:00 a.m., at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

IT IS SO ORDERED:

DATED at Seattle, Washington, this 13th day of April, 2026.

THE HONORABLE TANA LIN
United States District Judge

2